IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HHAC, et al.,<br><br>        Defendants. | Case No. 20-cv-07279<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Sunil R. Harjani** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Motion for Entry of Default and Default Judgment against all remaining Defendants.[1] Pursuant to Tenth Amended General Order 20-0012, Plaintiff has not noticed the Motion for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

---

[1] This Court entered a Final Judgment Order against the Defendants identified on Schedule A, with the exception of Defendants Orrios, Zhoukuang, Qiujian2222, Sabah Fashion, Erpinger, and Sivas on March 17, 2021. [45]. The present Motion for Entry of Default and Default Judgment against all remaining Defendants applies to the Defendants in Schedule A listed above.

Dated this 12th day of April 2021.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Carrie J. Dumont and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
ibegert@gbc.law
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*