# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peanuts Worldwide LLC

                                           Plaintiff,

v.                                                                           Case No.: 1:20−cv−07279

                                                                           Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 13, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for entry of default and default judgment against all remaining defendants [48] is granted. Enter Final Judgment Order. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.